Jennie Reynolds, administratrix of the estate of William Reynolds, deceased, appellee, v. Chicago City Railway Company, appellant. Gen. No. 24,204.

Action to recover for wrongful death caused by a collision between a wagon and a street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919. Taylor, J., dissenting. *Certiorari* denied by Supreme Court (making opinion final).

Charles LeRoy Brown, for appellant; John R. Guilliams and Franklin B. Hussey, of counsel. Quin O'Brien, William B. O'Brien and James C. Byrne, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Max Louis, by Simon Louis, appellant, v. Chicago Railways Company, appellee. Gen. No. 24,246.

Action to recover for personal injuries by one struck by street car. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

Barnhardt & Stafford, for appellant. William H. Symmes and Frank L. Kriete, for appellee; W. W. Gurley and J. R. Guilliams, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Julius Hecht, appellant, v. Leopold Oesterreicher et al., appellees. Gen. No. 24,258.

Bill for accounting and adjustment of property rights. Dismissal for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed April 30, 1919. Rehearing denied May 15, 1919.

Israel Cowen and Jacob Kaplan, for appellant. A. G. Dicus, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

William J. Armstrong, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 24,276.

Action to recover for personal injuries in collision of street car with plaintiff's truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed April 30, 1919.

Busby, Weber & Miller, Charles L. Mahony and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel. Boyle, Mott & Miller, for appellee; Henry J. Brandt, of counsel.

Mr. Justice Thomson delivered the opinion of the court.